AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| JONES III, JOHN E | US COURT-MIDDLE DISTRICT OF PA | 05/10/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US DISTRICT JUDGE | ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final | 01/01/2005 to 12/31/2005 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 240 WEST THIRD STREET SUITE 406 WILLIAMSPORT, PA 17701 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. ███████████ | ████████████████████████ |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2002 | THE STATE EMPLOYEES RETIREMENT SYSTEM (PENNSYLVANIA) FORMER EMPLOYER - VESTED PENSION |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 05/10/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]   NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]   NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ]   NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | NEW YORK INTELLECTUAL PROPERTY ASSOCIATION | 1 NIGHT'S STAY AND DINNER ON 3/18/2005 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 05/10/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. ▮▮▮▮▮ | A | Distribution | O | W | | | | | |
| 2. ▮▮▮▮▮ | | None | N | W | | | | | |
| 3. ▮▮▮▮▮ | A | Distribution | O | W | | | | | |
| 4. ▮▮▮▮▮ | | None | M | W | | | | | |
| 5. ▮▮▮▮▮ | | None | N | W | | | | | |
| 6. ▮▮▮▮▮ | | None | K | W | | | | | |
| 7. ▮▮▮▮▮ | | None | J | W | | | | | |
| 8. ▮▮▮▮▮ | | None | M | W | | | | | |
| 9. PROVIDIAN NATIONAL BANK-CD IRA | B | Interest | | | MATURE | 2/3 | K | | |
| 10. UNION BANK M/M FD IRA | A | Dividend | | | TRANS BANKS | 12/1 | J | | |
| 11. GERMANY FUND-MUTUAL FUND IRA | A | Dividend | | | SELL | VAR | J | B | |
| 12. GERMANY FUND (NEW)-MUTUAL FUND IRA | A | Dividend | | | SELL | VAR | J | C | |
| 13. CATS SERIES P IRA | A | Interest | | | SELL | 5/17 | J | A | |
| 14. GAM-COMMON STOCK IRA | A | Dividend | | | SELL | 11/21 | J | A | |
| 15. MTB-COMMON STOCK IRA | A | Dividend | J | T | | | | | |
| 16. STRD-COMMON STOCK IRA | | None | J | T | | | | | |
| 17. UNION BANK M/M FD IRA | A | Dividend | | | TRANS BANKS | 12/1 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. NATIONWIDE-ANNUITY | A | Interest | J | T | | | | | |
| 19. UNION BANK & TRUST CO.-CHECKING | A | Interest | K | T | | | | | |
| 20. QUALITY VENDING INC-50% INTEREST | D | Distribution | L | W | | | | | |
| 21. LOAN RECEIVABLE-PHOENIX CONTRACTING | A | Interest | M | T | | | | | |
| 22. UBPTE-COMMON STOCK (UNION BANCORP INC (UBPT.PK)) | A | Dividend | J | T | | | | | |
| 23. UBPTE-COMMON STOCK (UNION BANCORP INC (UBPT.PK)) | A | Dividend | J | T | | | | | |
| 24. UBPTE-COMMON STOCK (UNION BANCORP INC (UBPT.PK)) | A | Dividend | J | T | | | | | |
| 25. DREYFUS PREMIER BALANCED FD. | A | Dividend | J | T | | | | | |
| 26. GE COMMON STOCK | A | Dividend | J | T | | | | | |
| 27. NASDAQ 100 SHARES-COMMON STOCK | A | Dividend | J | T | | | | | |
| 28. SOVEREIGN BANCORP-COMMON STOCK | A | Dividend | J | T | | | | | |
| 29. AIRTRAN HOLDINGS - COMMON STOCK | | None | J | T | | | | | |
| 30. E BAY INC - COMMON STOCK | | None | J | T | | | | | |
| 31. EYE TECH PHARMACEUTICALS INC - COMMON STOCK | | None | | | SELL | 4/13 | J | | |
| 32. GAP INC - COMMON STOCK | A | Dividend | J | T | | | | | |
| 33. PENN NATIONAL GAMING - COMMON STOCK | | None | J | T | | | | | |
| 34. TELIK INC - COMMON STOCK | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| JONES III, JOHN E | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. WIPRO LTD SPON ADR (WIT) - COMMON STOCK | | None | | | SELL | 4/5 | J | | |
| 36. XM SATELLITE RADIO HLDGS CLA - COMMON STOCK | | None | J | T | | | | | |
| 37. YAHOO INC - COMMON STOCK | | None | J | T | | | | | |
| 38. ARROW INTERNATIONAL INC - COMMON STOCK | A | Dividend | J | T | | | | | |
| 39. AUTO DATA PROCESSING - COMMON STOCK | A | Dividend | J | T | | | | | |
| 40. BOEING CO - COMMON STOCK | A | Dividend | J | T | | | | | |
| 41. OSI PHARMACEUTICALS - COMMON STOCK | | None | J | T | | | | | |
| 42. GAP INC - COMMON STOCK | A | Dividend | | | SELL | 12/12 | J | | |
| 43. PENN NATIONAL GAMING - COMMON STOCK | | None | J | T | | | | | |
| 44. TELIK INC - COMMON STOCK | | None | | | SELL | 2/7 | J | | |
| 45. US BANCORP DEL - COMMON STOCK | A | Dividend | J | T | | | | | |
| 46. CHARLES SCHWAB & CO INC - M/M FUND | A | Interest | K | T | | | | | |
| 47. SMITH BARNEY CITIGROUP - M/M FUND | A | Interest | J | T | | | | | |
| 48. UTS FIRST TR SPL SITUATIONS TR 458 COMM - UNIT INV TRUST | A | Dividend | | | SELL | 10/7 | | | |
| 49. OPPENHEIMER GLOBAL FUND A - MUTUAL FUND | A | Dividend | J | T | | | | | |
| 50. OPPENHEIMBER CAPITAL APPRECIATION FUND A - MUTUAL FUND | | None | J | T | | | | | |
| 51. FULTON FINANCIAL CORP. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. UIT FIRST TRUST COMM. SVCES.-UNIT INVESTMENT TRUST | A | Dividend | | | SELL | 10/7 | J | | |
| 53. PETROLEUM GEO SVCS.-COMMON STOCK | | None | | | SELL | 10/26 | J | | |
| 54. BROOKSTREET SECURITIES CORP.-M/M FD. | A | Dividend | J | T | | | | | |
| 55. U.S. TREASURY NOTE-IRA | A | Interest | K | T | | | | | |
| 56. CATS SERIES P ZERO COUPON BOND-IRA | A | Interest | | | SELL | 5/17 | J | A | |
| 57. ABM COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 58. WYE COMMON STOCK-IRA | A | Dividend | K | T | | | | | |
| 59. BK COMMON STOCK-IRA | A | Dividend | | | SELL | 1/10 | J | | |
| 60. BMY COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 61. CRS COMMON STOCK-IRA | A | Dividend | K | T | | | | | |
| 62. CVX COMMON STOCK-IRA | A | Dividend | K | T | | | | | |
| 63. HPQ COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 64. CAG COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 65. CCK COMMON STOCK-IRA | | None | J | T | | | | | |
| 66. DD COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 67. EAS COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 68. XOM COMMON STOCK-IRA | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. FULT COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 70. GAM COMMON STOCK-IRA | A | Dividend | | | SELL | 11/21 | K | B | |
| 71. GE COMMON STOCK-IRA | A | Dividend | J | T | PART SELL | 11/21 | J | C | |
| 72. HON COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 73. HUM COMMON STOCK-IRA | | None | K | T | | | | | |
| 74. K COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 75. KEY COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 76. KMB COMMON STOCK-IRA | A | Dividend | K | T | | | | | |
| 77. LG COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 78. LU COMMON STOCK-IRA | | None | J | T | | | | | |
| 79. MTB COMMON STOCK-IRA | A | Dividend | K | T | | | | | |
| 80. SOV COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 81. MRK COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 82. MMM COMMON STOCK-IRA | A | Dividend | K | T | | | | | |
| 83. NXL COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 84. BOH COMMON STOCK-IRA | A | Dividend | K | T | | | | | |
| 85. PTV COMMON STOCK-IRA | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. JCP COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 87. PEP COMMON STOCK-IRA | A | Dividend | K | T | | | | | |
| 88. PFE COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 89. SFE COMMON STOCK-IRA | | None | J | T | | | | | |
| 90. SPI COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 91. STRD COMMON STOCK-IRA | | None | J | T | | | | | |
| 92. TE COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 93. TYC COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 94. UL COMMON STOCK-IRA | A | Dividend | K | T | | | | | |
| 95. VZ COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 96. WFSL COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 97. WMI COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 98. ZMH COMMON STOCK-IRA | | None | J | T | | | | | |
| 99. UBPTE COMMON STOCK-IRA (UNION BANCORP INC (UBPT.PK)) | A | Dividend | K | T | | | | | |
| 100. DISCOVER BANK OF DE-CD-IRA | B | Interest | K | T | | | | | |
| 101. DYNEGY INC HLDG CO-COMMON STOCK | | None | | | SELL | 10/26 | J | | |
| 102. CHESAPEAKE ENERGY - COMMON STOCK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. GARTMORE NATIONWIDE FUND-MUTUAL FUND CLASS A | A | Dividend | J | T | | | | | |
| 104. STJ - COMMON STOCK - IRA | | None | K | T | | | | | |
| 105. DNP SELECT INCOME FUND-MUTUAL FUND-IRA | A | Dividend | J | T | | | | | |
| 106. CHEVRON-TEXACO 3.5% BOND - IRA | A | Interest | K | T | | | | | |
| 107. UNION BANK OF POTTSVILLE-SAVINGS | A | Interest | J | T | | | | | |
| 108. BAX-COMMON STOCK-IRA | A | Dividend | | | SELL | 9/6 | J | C | |
| 109. CCE-COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 110. CAPITAL ONE BANK VA-CD-IRA | B | Interest | | | SELL | 10/19 | J | A | |
| 111. FORD MOTOR CREDIT CO-BOND | B | Interest | | | SELL | 11/18 | K | | |
| 112. EXXON MOBIL CORP-COMMON STOCK | A | Dividend | J | T | | | | | |
| 113. GENERAL ELECTRIC CO-COMMON STOCK | A | Dividend | J | T | | | | | |
| 114. ISTAR FINANCIAL-COMMON STOCK | A | Dividend | J | T | | | | | |
| 115. ORACLE CORP-COMMON STOCK | | None | | | SELL | 12/12 | J | | |
| 116. PFIZER INC-COMMON STOCK | A | Dividend | J | T | | | | | |
| 117. SIRIUS SATELLITE RADIO - COMMON STOCK | | None | J | T | | | | | |
| 118. TALBOTS INC - COMMON STOCK | A | Dividend | J | T | | | | | |
| 119. WILLIAMS SONOMA-COMMON STOCK | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. TRANSOCEAN ISIN - COMMON STOCK | A | Dividend | | | SELL | 10/19 | J | C | |
| 121. NATIONAL PENN BANCSHARES - COMMON STOCK | A | Dividend | J | T | | | | | |
| 122. ORACLE CORPORATION - COMMON STOCK | | None | J | T | | | | | |
| 123. ORACLE CORPORATION - COMMON STOCK | | None | | | SELL | 12/12 | J | | |
| 124. PETROKAZAHSTAN INC - COMMON STOCK | A | Dividend | | | SELL | 9/20 | J | C | |
| 125. SIRIUS SATELLITE RADIO INC - COMMON STOCK | | None | K | T | | | | | |
| 126. SOVEREIGN BANCORP INC - COMMON STOCK | A | Dividend | J | T | | | | | |
| 127. FIDELITY BLUE CHIP VALUE FUND - MUTUAL FUND | A | Dividend | J | T | | | | | |
| 128. VANGUARD PA LONG TERM TAX EX - MUTUAL FUND | A | Dividend | J | T | | | | | |
| 129. FIDELITY REAL ESTATE INCOME FUND - MUTUAL FUND | A | Dividend | J | T | | | | | |
| 130. FIDELITY INVESTMENT - M/M FUND | A | Dividend | J | T | | | | | |
| 131. AFLAC INC - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 132. E TRADE FINANCIAL - COMMON STOCK - IRA | | None | J | T | | | | | |
| 133. EL PASO CORP - COMMON STOCK | A | Dividend | | | SELL | 7/18 | J | B | |
| 134. GLOBAL INDUSTRIES LTD - COMMON STOCK | | None | J | T | | | | | |
| 135. HELMERICH & PAYNE - COMMON STOCK | A | Dividend | J | T | | | | | |
| 136. NEWMONT MINING - COMMON STOCK | | None | | | SELL | 1/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. PROTEIN DESIGN - COMMON STOCK | | None | | | SELL | 2/22 | J | | |
| 138. SENSIENT TECHNOLOGIES - COMMON STOCK | A | Dividend | | | SELL | 2/22 | J | | |
| 139. CEPHALON INC - COMMON STOCK | | None | | | SELL | 3/9 | J | | |
| 140. COOPER CAMERON - COMMON STOCK | | None | J | T | | | | | |
| 141. DIAMOND OFFSHORE DRILLING - COMMON STOCK | A | Dividend | J | T | | | | | |
| 142. AGCO CORP - COMMON STOCK | | None | | | BUY | 5/24 | J | | |
| 143. AGCO CORP - COMMON STOCK | | None | | | SELL | 8/16 | J | A | |
| 144. ALBERTSON'S INC. - COMMON STOCK | A | Dividend | | | BUY | 5/23 | J | | |
| 145. ALBERTSON'S INC. - COMMON STOCK | A | Dividend | | | SELL | 8/10 | J | | |
| 146. ANHEUSER BUSCH - COMMON STOCK | A | Dividend | | | BUY | 6/8 | J | | |
| 147. ANHEUSER BUSCH - COMMON STOCK | A | Dividend | | | SELL | 7/28 | J | | |
| 148. BIOMET INC - COMMON STOCK | | None | | | BUY | 9/7 | J | | |
| 149. BIOMET INC - COMMON STOCK | | None | | | SELL | 9/19 | J | | |
| 150. DEERE & CO - COMMON STOCK | A | Dividend | | | BUY | 5/26 | J | | |
| 151. DEERE & CO - COMMON STOCK | A | Dividend | | | SELL | 8/16 | J | | |
| 152. ENCANA CORP - COMMON STOCK | A | Dividend | | | BUY | 8/3 | J | | |
| 153. ENCANA CORP - COMMON STOCK | A | Dividend | | | SELL | 10/27 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. INTERPUBLIC GROUP - COMMON STOCK | | None | | | BUY | 2/7 | J | | |
| 155. INTERPUBLIC GROUP - COMMON STOCK | | None | | | SELL | 3/9 | J | | |
| 156. KINETIC CONCEPTS - COMMON STOCK | | None | | | BUY | 9/7 | J | | |
| 157. KINETIC CONCEPTS - COMMON STOCK | | None | | | SELL | 12/5 | J | | |
| 158. MERCK & CO INC - COMMON STOCK | A | Dividend | | | BUY | 3/14 | J | | |
| 159. MERCK & CO INC - COMMON STOCK | A | Dividend | | | SELL | 5/17 | J | A | |
| 160. ULTRA SHORT SMALL CAP - MUTUAL FUND | | None | | | BUY | 2/22 | J | | |
| 161. ULTRA SHORT SMALL CAP - MUTUAL FUND | | None | | | SELL | 3/4 | J | | |
| 162. ULTRA SHORT SMALL CAP - MUTUAL FUND | | None | | | BUY | VAR | J | | |
| 163. ULTRA SHORT SMALL CAP - MUTUAL FUND | | None | | | SELL | 5/20 | J | | |
| 164. ULTRA SHORT OTC PRO FUND - MUTUAL FUND | | None | | | BUY | 9/21 | J | | |
| 165. ULTRA SHORT OTC PRO FUND - MUTUAL FUND | | None | | | SELL | 11/3 | J | | |
| 166. ULTRA SHORT OTC PRO FUND - MUTUAL FUND | | None | | | BUY | VAR | J | | |
| 167. ULTRA SHORT OTC PRO FUND - MUTUAL FUND | | None | | | SELL | 5/20 | J | | |
| 168. STILLWATER MINING- COMMON STOCK | | None | | | BUY | 3/7 | J | | |
| 169. STILLWATER MINING - COMMON STOCK | | None | | | SELL | 3/29 | J | | |
| 170. UNIVISION COMM INC - COMMON STOCK | | None | | | BUY | 6/2 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. UNIVISION COMM INC - COMMON STOCK | | None | | | SELL | 9/7 | J | | |
| 172. ZIMMER HOLDINGS - COMMON STOCK | | None | | | BUY | 9/7 | J | | |
| 173. ZIMMER HOLDINGS - COMMON STOCK | | None | | | SELL | 9/13 | J | | |
| 174. AMERICAN SCIENCE & ENG - COMMON STOCK | | None | J | T | BUY | 7/15 | J | | |
| 175. BED, BATH & BEYOND - COMMON STOCK | | None | J | T | BUY | 6/6 | J | | |
| 176. DARDEN RESTAURANTS - COMMON STOCK | A | Dividend | J | T | BUY | 4/8 | J | | |
| 177. WALT DISNEY CO - COMMON STOCK | A | Dividend | J | T | BUY | 7/15 | J | | |
| 178. LEGACY BANK - COMMON STOCK | | None | J | T | BUY | 6/2 | J | | |
| 179. MICROSOFT - COMMON STOCK | A | Dividend | J | T | BUY | 6/2 | J | | |
| 180. STARBUCKS CORP - COMMON STOCK | | None | J | T | BUY | 12/22 | J | | |
| 181. TALISMAN ENERGY - COMMON STOCK | | None | J | T | BUY | 12/22 | J | | |
| 182. TIME WARNER - COMMON STOCK | A | Dividend | J | T | BUY | 8/17 | J | | |
| 183. XTO ENERGY - COMMON STOCK | A | Dividend | J | T | BUY | 7/15 | J | | |
| 184. DREYFUS SMALL CAP - MUTUAL FUND | A | Dividend | J | T | BUY | 7/15 | J | | |
| 185. FIDELITY NEW MKTS INCOME - MUTUAL FUND | A | Dividend | J | T | BUY | 4/8 | J | | |
| 186. SCHWAB S&P 500 INDEX - MUTUAL FUND | A | Dividend | J | T | BUY | 4/8 | J | | |
| 187. VANGUARD INTL VALUE FUND - MUTUAL FUND | A | Dividend | J | T | BUY | 4/8 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. VANGUARD STRATEGIC - MUTUAL FUND | A | Dividend | J | T | BUY | 4/8 | J | | |
| 189. LEGACY TRUST M/M FUND - IRA | A | Dividend | J | T | TRANS BANKS | 12/1 | J | | |
| 190. GMAC SMART NOTES - IRA | A | Interest | K | T | BUY | 2/8 | K | | |
| 191. HOME DEPOT INC - COMMON STOCK - IRA | A | Dividend | J | T | BUY | 9/28 | J | | |
| 192. MAINSTREET BANK CD - IRA | A | Interest | J | T | BUY | 4/15 | J | | |
| 193. VERIZON - COMMON STOCK - IRA | A | Dividend | J | T | BUY | 6/30 | J | | |
| 194. LEGACY TRUST M/M FUND - IRA | A | Dividend | M | T | TRANS BANKS | 12/1 | M | | |
| 195. APPLE COMPUTER - COMMON STOCK | | None | J | T | BUY | 11/28 | J | | |
| 196. NORDSTROM INC - COMMON STOCK | | None | J | T | BUY | 11/28 | J | | |
| 197. DRESSER RAND GROUP - COMMON STOCK | | None | J | T | BUY | 10/31 | J | | |
| 198. FOSTER WHEELER LTD - COMMON STOCK | | None | J | T | BUY | 2/28 | J | | |
| 199. NATIONAL OILWELL VARCO - COMMON STOCK | | None | J | T | BUY | 10/19 | J | | |
| 200. NEWMONT MINING CORP - COMMON STOCK | A | Dividend | J | T | BUY | 7/6 | J | | |
| 201. STREETTRACKS GOLD TR GOLD - COMMON STOCK | | None | J | T | BUY | VAR | J | | |
| 202. ULTRA SHORT SMALL CAP PRO - MUTUAL FUND | | None | J | T | BUY | 12/28 | J | | |
| 203. HUMAN GENONE SCIENCES - COMMON STOCK | | None | | | BUY | 6/3 | J | | |
| 204. HUMAN GENONE SCIENCES - COMMON STOCK | | None | | | SELL | 6/3 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 05/10/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII - INVESTMENTS AND TRUSTS

ITEMS 10, 17, 189, AND 194 - TRANSFER OF MONEY MARKET FUND - IRA FROM UNION BANK & TRUST CO. TO LEGACY TRUST.

ITEM 41 - NAME CHANGE FROM EYE TECH PHARMACEUTICALS TO OSI PHARMACEUTICALS.

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 05/10/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ████████████████████ Date  *5-12-06*

NOTE: ANY ████████████████ILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544